IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

RICKY WAYNE PUGH                                                                               PETITIONER

VERSUS                                                           CIVIL ACTION NO. 5:07cv177DCB-MTP

UNITED STATES OF AMERICA
and CONSTANCE REESE, Warden FCI-Yazoo                                         RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice for this court's lack of jurisdiction and without prejudice regarding all other issues.

SO ORDERED AND ADJUDGED, this the ___19th___ day of November, 2007.

        ___s/ David Bramlette_____
        UNITED STATES DISTRICT JUDGE